## United States District Court for the Northern District of Illinois

Case Number: 08CV3976              Assigned/Issued By: DAJ

Judge Name: COAR                   Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00
                [ ] IFP          [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____           Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                  Receipt #: 2930543

Date Payment Rec'd: 07/14/08         Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
[ ] Citation to Discover Assets            (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

__1__ Original and __0__ copies on __07/14/08__ as to __DEF._____
                                    (Date)

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05