AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,

Plaintiffs,

v.

UNIQUE MARBLE AND GRANITE CO., an Illinois Corporation,

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

JUDGE: 08CV3976

JUDGE COAR

MAGISTRATE JUDGE COLE

TO: (Name and Address of Defendant)

UNIQUE MARBLE AND GRANITE CO., an Illinois Corporation
c/o:  RICHARD J. AUGUSTINE, Registered Agent
999 Plaza Drive, Suite 111
Schaumburg, IL 60173

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

July 14, 2008
Date

BY DEPUTY CLERK

ClientCaseID: ROBERT
Law Firm ID: ASHER


*192317A*

CaseReturnDate: 8/1/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number 08CV3976

I, CRAIG PALMER

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  UNIQUE MARBLE AND GRANITE CO.
PERSON SERVED  TIFFANY MOSIG (ASSISTANT OFFICE MANAGER)
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 7/16/08

That the sex, race and approximate age of the person whom I left the SUMMONS AND COMPLAINT are as follow:

Sex FEMALE  Race WHITE  Age 22
Height 5'7"  Build AVERAGE  Hair BROWN

LOCATION OF SERVICE  999 PLAZA DRIVE SUITE 650
SCHAUMBURG, IL, 60173

Date Of Service 7/16/08    Time of Service 10:05 AM

CRAIG PALMER                7/16/2008
Special Process Server
P.E.R.C# 129-303833

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.