IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MASONRY INSTITUTE BRICKLAYERS LOCAL 21 PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | No. 08 CV 3976 |
| UNIQUE MARBLE AND GRANITE CO., an Illinois corporation, | ) ) ) | JUDGE COAR |
| | ) | MAGISTRATE JUDGE COLE |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, UNIQUE MARBLE AND GRANITE CO., an Illinois corporation, by and through its attorney, WILLIAM F. KELLEY of KELLEY, KELLEY & KELLEY, and as and for its Motion to Extend Time to Answer or Otherwise Plead, states as follows:

1.   The Defendant was served with Summons in this matter on July 16, 2008.

2.   William F. Kelley of Kelley, Kelley & Kelley was recently retained as counsel for Defendant.

3.   William F. Kelley is scheduled to leave town on July 30, 2008 and will not return until after August 8, 2008.

4.   Plaintiff has no objection to Defendant being granted an extension of time to answer or otherwise plead.

5.   Plaintiff will not be unduly harmed by granting Defendant this extension.

WHEREFORE, the Defendant, UNIQUE MARBLE AND GRANITE CO., respectfully requests this Honorable Court grant it an extension of time to answer or otherwise plead to and

until August 26, 2008.

          Respectfully submitted,

          KELLEY, KELLEY & KELLEY

          _____
          One of Defendant's Attorneys

William F. Kelley
KELLEY, KELLEY & KELLEY
Attorneys for Defendant
1535 West Schaumburg Road
Suite 204
Schaumburg, Illinois 60194
(847) 895-9151