IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE BRICKLAYERS LOCAL 21 PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) |
| v. | )  No. 08 CV 3976 ) |
| UNIQUE MARBLE AND GRANITE CO., an Illinois corporation, | ) JUDGE COAR ) ) MAGISTRATE JUDGE COLE |
| Defendant. | ) |

### NOTICE OF MOTION

*Via Fax 312/263-1520* and *rbg@ulaw.com*

TO:   Robert B. Greenberg, Esq.; Asher, Gittler, Greenfield & D'Alba, LTd., 200 West Jackson Boulevard, Suite 1900, Chicago, Illinois  60606

On   August 12  , 2008  at  9:00  a .m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David H. Coar or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him in Courtroom 1419  of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and then and there request a hearing instanter on the attached **MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto.

KELLEY, KELLEY & KELLEY

By: s/ William F. Kelley

William F. Kelley
Name:          KELLEY, KELLEY & KELLEY
Attorney for:  Unique Marble and Granite Co.
Address:       1535 West Schaumburg Road, Suite 204
City, State:   Schaumburg, Illinois   60194
Telephone:     847/895-9151

PROOF OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law, that the above notice and any attached pleadings were telefaxed to the above party at the above telefax number and sent via email notification before 5:00 p.m. on   August 4 , 2008

William F. Kelley